# Exhibit 6

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION
SPECIAL PROCEEDINGS SECTION

| | |
|---|---|
| IN THE MATTER OF ) <br> REQUEST FOR OUT-OF STATE ) <br> RECORDS ) <br> ) <br> ) <br> ARCHIVIST COLLEEN SHOGAN ) <br>   Records Custodian (or Designee) ) <br> National Archives and Records Administration ) <br> 700 Pennsylvania Avenue, N.W. ) <br> Washington, DC 20408 ) | 2024 CSPSLO 000183 |

### Amended ORDER TO SHOW CAUSE

Upon consideration of the Interstate Witness Certificate of a Judge in the Superior Court for Fulton County, Georgia, State of Georgia, **State of Georgia v. Donald John Trump, et al, Case No. 23SC188947,** which is hereto attached, it is this 17th day of June 2024,

ORDERED that Archivist Colleen Shogan, National Archives and Records Administration, and Records Custodian (or Designee), appear in the Superior Court of the District of Columbia, 500 Indiana Avenue, N.W., Washington, D.C., 20530, in Courtroom C-10, on Thursday, June 27, 2024 at 2:00 p.m., and show cause, if any be had, why he/she should not be directed by this Court to produce documents in the case **State of Georgia v. Donald John Trump, et al, Case No. 23SC188947,** as a material records pursuant to the provision of Title 23, Sections 1501, *et seq.*, District of Columbia Code, relating to Out-Of-State Witnesses.

*[signature]*
Judge
Superior Court of the District of Columbia