# Exhibit 7

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION, SPECIAL PROCEEDINGS BRANCH

|  |  |  |
|---|---|---|
| IN THE MATTER OF REQUEST FOR OUT-OF STATE RECORDS<br><br><br><br>ARCHIVIST COLLEEN SHOGAN,<br>*in her official capacity as Archivist of the United States* | ) ) ) ) ) ) ) ) ) ) ) | No. 2024 CSPSLD 000183 |

### **<u>NOTICE OF FILING OF REMOVAL</u>**

PLEASE TAKE NOTICE THAT, on June 26, 2024, the United States of America filed in the United States District Court for the District of Columbia a Notice of Removal. This notice to you effects removal to federal court of all proceedings in *In the Matter of Request for Out-of-State Records: Archivist Colleen Shogan*, No. 2024 CSPSLO 000183 (D.C. Super. Ct.), including this Court's June 17, 2024 Order to Show Cause. This Court "shall proceed no further unless and until the case is remanded" to this Court from federal court. 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Removal is attached hereto.

\*     \*     \*

Dated: June 26, 2024                                   Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

JACQUELINE COLEMAN-SNEAD
Assistant Director
Federal Programs Branch

CASSANDRA SNYDER, DC Bar #1671667
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel (202) 451-7729
Email:  cassandra.m.snyder@usdoj.gov


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN, D.C. Bar #90021492
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2550

*Counsel for Defendant*

2