IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MEADOWS**,<br>606 Wind Flower Dr.,<br>Sunset, SC 29685-2256,<br><br>            Plaintiff,<br><br>    v.<br><br>**COLLEEN SHOGAN,** *in her official capacity as Archivist of the United States*,<br>700 Pennsylvania Avenue, N.W.,<br>Washington, D.C. 20408;<br><br>            Defendant. | Case No. 1:24-cv-01856 |

## NOTICE OF ERRATA

    Defendant respectfully files this Notice of Errata to correct the case caption in accordance with Local Civil Rule 5.1(c), which requires the case caption to include the full residence address of each party. Defendant also corrects the case number of the removed D.C. Superior Court action. The corrected brief is attached to this Notice.

Dated: June 27, 2024                                    Respectfully submitted,

                                                                         BRIAN M. BOYNTON
                                                                         Principal Deputy Assistant Attorney General
                                                                         Civil Division

                                                                         JACQUELINE COLEMAN SNEAD
                                                                         Assistant Director
                                                                         Federal Programs Branch

                                                                         /s/ *Cassandra Snyder*
                                                                         CASSANDRA SNYDER
                                                                         DC Bar #1671667
                                                                         Trial Attorney

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, DC 20005
Tel (202) 451-7729
Email:  cassandra.m.snyder@usdoj.gov

*Counsel for Defendant*